# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

JACOB KRAMER,

    *Plaintiff,*

v.

FRESNO CREDIT BUREAU, INC.
d/b/a CREDITORS BUREAU USA,

    *Defendant.*

Case No.

## DEFENDANT FRESNO CREDIT BUREAU, INC.'S NOTICE OF REMOVAL

    Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Fresno Credit Bureau, Inc. d/b/a Creditors Bureau USA ("FCB") hereby removes the subject action from the, to the United States District Court for the Southern District of Florida, on the following grounds:

    1.    Plaintiff Jacob Kramer instituted an action in the County Court of the Fifteenth Judicial Circuit In and For Palm Beach County, Florida, on June 2, 2021. A copy of the Complaint is attached hereto as Exhibit A.

    2.    FCB was served on June 9, 2021. Therefore, removal is timely.

    3.    Plaintiff's Complaint alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

    4.    This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1331, since there is a federal question. This suit falls within the FDCPA which thus supplies the federal question.

    5.    Pursuant to 28 U.S.C. §1441, et seq., this cause may be removed from the County Court of the Fifteenth Judicial Circuit In and For Palm Beach County, Florida, to the United States District Court for the Southern District of Florida.

    6.    Notice of this removal will promptly be filed with the County Court of

the Fifteenth Judicial Circuit In and For Palm Beach County, Florida and be served on all adverse parties.

7.   Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendant are attached hereto and marked as composite **Exhibit A** and incorporated herein by reference

8.   A jury demand was made in state court.

WHEREFORE, Defendant Fresno Credit Bureau, Inc. d/b/a Creditors Bureau USA by counsel, removes the subject action from the County Court of the Fifteenth Judicial Circuit In and For Palm Beach County, Florida to the United States District Court for the Southern District of Florida.

Dated: July 7, 2021.                     Respectfully submitted,

/s/ Dale T. Golden
Dale T. Golden, Esq.
FBN:  0094080
/s/ Charles J. McHale
Charles J. McHale, Esq.
FBN:  0026555
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone:  (813) 251-5500
Direct:  (813) 251-3632
Fax:  (813) 251-3675
dgolden@gsgfirm.com
cmchale@gsgfirm.com