## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:21-cv-81194-DMM

JACOB KRAMER,

     Plaintiff,

v.

FRESNO CREDIT BUREAU, INC,
d/b/a CREDITORS BUREAU USA,

     Defendant.

_____/

### NOTICE OF MEDIATOR SELECTION

Plaintiff Jacob Kramer ("Plaintiff") advise this Court that Plaintiff and Fresno Credit Bureau, Inc, d/b/a Creditors Bureau USA (collectively, the "Parties") have agreed upon the selection of **James "Jim" Betts, Esq.**, to mediate this matter *via* remote video conferencing. The Parties are conferring regarding the time and date for said mediation.

     DATED: September 16, 2021

Respectfully Submitted,

 /s/ Thomas J. Patti
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:    jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:    tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
Fax:        855-529-9540

*COUNSEL FOR PLAINTIFF*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 16, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377